IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Intapura, Wallope

Printed: 10/22/08

Case Number: 06 B 01757
Judge: Wedoff, Eugene R
Filed: 2/25/06

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: September 4, 2008
Confirmed: April 13, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 13,170.00 |  |
| Secured: |  | 10,620.23 |
| Unsecured: |  | 385.37 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,455.80 |
| Trustee Fee: |  | 708.60 |
| Other Funds: |  | 0.00 |
| Totals: | 13,170.00 | 13,170.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Melvin J Kaplan Esq | Administrative | 1,455.80 | 1,455.80 |
| 2. | Toyota Motor Credit Corporatio | Secured | 5,295.40 | 5,295.40 |
| 3. | Unifund CCR Partners | Secured | 5,567.71 | 5,324.83 |
| 4. | RoundUp Funding LLC | Unsecured | 596.59 | 51.41 |
| 5. | American Express Centurion | Unsecured | 2,892.87 | 249.30 |
| 6. | American Express Centurion | Unsecured | 686.16 | 59.13 |
| 7. | Capital One | Unsecured | 296.19 | 25.53 |
| 8. | Resurgence Financial LLC | Unsecured | 4,538.35 | 0.00 |
| 9. | Wells Fargo | Secured |  | No Claim Filed |
|  |  |  | $ 21,329.07 | $ 12,461.40 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.5% | 109.72 |
| 5% | 59.33 |
| 4.8% | 104.53 |
| 5.4% | 357.02 |
| 6.5% | 78.00 |
|  | $ 708.60 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Intapura, Wallope

Printed: 10/22/08

Case Number:  06 B 01757
Judge:  Wedoff, Eugene R
Filed:  2/25/06

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

